FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Dec 22, 2022, 12:16 pm
John A. Mannle, Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter of<br><br>**ROBERT CHAPMAN,**<br>Respondent | 22- MC-00588-DKW |

### ORDER ALLOWING RESIGNATION IN LIEU OF DISCIPLINE

On December 6, 2022, this Court was advised that the Supreme Court of the State of Hawaii had issued an Order Granting Petition to Resign in Lieu of Discipline on December 6, 2022, disbarring Robert Chapman, effective January 5, 2023.

Accordingly, on December 8, 2022, pursuant to Local Rule 83.4(b), and in recognition that Respondent Chapman was admitted to practice before this Court on September 24, 1980, this Court issued an Order to Show Cause why Respondent Chapman should not be disbarred from practicing in this Court. On December 19, 2022, in response to the Order to Show Cause, this Court received a letter of resignation from the practice of law before this Court, in lieu of discipline, executed by Respondent Chapman.

Having considered the foregoing, and for good cause appearing, IT IS HEREBY ORDERED that Respondent Chapman's letter of resignation in lieu of

discipline from the bar of this Court is accepted and approved, effective January 5, 2023. Respondent Chapman's membership status in the Court's attorney database will be forthwith amended to reflect his resignation.

DATED: December 22, 2022 at Honolulu, Hawaii.

DERRICK K. WATSON
Chief United States District Judge

J. MICHAEL SEABRIGHT
United States District Judge

LESLIE E. KOBAYASHI
United States District Judge

JILL A. OTAKE
United States District Judge

Order Allowing Resignation In Lieu of Discipline – Robert Chapman